Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH BUNTING, <br><br> Defendant. | No. C15-243RAJ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Richard A. Jones, United States District Judge:

Judge Jones recuses himself in the above-entitled action and this case is reassigned in rotation to the Honorable John C. Coughenour. All pleadings filed in the future shall bear cause number CR15-243JCC. The sentencing hearing set for June 17, 2016 at 1:30 p.m. is hereby STRICKEN.

DATED this 16th day of June, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones