THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR15-0243-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KENNETH BUNTING, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Kenneth Bunting's second unopposed motion to continue reporting date (Dkt. No. 53). Having reviewed Bunting's motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that Bunting's reporting date shall be continued from January 23, 2017 to March 6, 2017.

DATED this 19th day of January 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk